Certificate Number: 14912-GAN-DE-032356501

Bankruptcy Case Number: 18-71686



14912-GAN-DE-032356501

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 27, 2019, at 8:33 o'clock AM EST, Julmia Penn completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:  February 27, 2019         By:   /s/Jai Bhatt

                                 Name: Jai Bhatt

                                 Title: Counselor